## Eugene LAMBERT, Appellant,

v.

## DEPARTMENT OF CORRECTIONS, Secretary Beard, S.C.I. Huntingdon, Appellees.

Supreme Court of Pennsylvania.

July 18, 2006.

## ORDER

PER CURIAM.

AND NOW, this 18th day of July, 2006, the Order of the Commonwealth Court is hereby AFFIRMED.